UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMELA BURKHARDT,<br><br>                      Plaintiff,<br><br>    v.<br><br>SWEDISH HEALTH SERVICES, INC., a Washington nonprofit corporation, dba SWEDISH MEDICAL CENTER; and SUSAN TERRY, individually and her marital community,<br><br>                      Defendants. | NO. 2:17-cv-00350-RSL<br><br>**ORDER RENOTING DEFENDANTS' MOTION TO DISMISS DEFENDANT SUSAN TERRY** |

THIS MATTER having come before the Court on "Plaintiff's Motion to Continue Defendants' Motion to Dismiss Defendant Susan Terry." Dkt. # 20. The Court finds that a brief continuance of the motion until the issue of subject matter jurisdiction is resolved will likely promote the efficiency and conserve the parties resources. The motion is therefore GRANTED. The Clerk of Court is directed to renote "Defendant's Motion to Dismiss Susan Terry" (Dkt. # 19) on the Court's calendar for Friday, June 9, 2017.

Dated this 3rd day of May, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER RENOTING DEFENDANTS'
MOTION TO DISMISS